NVB 3022 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

TIWAUN ASHLEY BROOKS

CRYSTAL LEIGH GALE

Debtor(s)

BK−21−13606−mkn
CHAPTER 7

FINAL DECREE

The estate of the debtor(s) having been fully administered,

**IT IS ORDERED** that BRIAN D. SHAPIRO is discharged as trustee of the estate.

This Chapter 7 case is closed.

Dated: 10/15/21

Mary A. Schott
Clerk of Court